UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEANETTE COSTANZA RUIZ ARIAS, et al., <br><br> Defendants. | Case No. 24-cv-06361-EKL <br><br> **ORDER TO SHOW CAUSE** |

On September 10, 2024, Plaintiff filed the complaint in this case. *See* ECF No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendants. That period expired on December 9, 2024. As of the date of this Order, Plaintiff has failed to file proof of service for Defendant Jeanette Costanza Ruiz Arias, Defendant Juan Manuel Charry Ruiz, or Defendant Fonda Colombiana Snell Inc. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than January 29, 2025, why its claims should not be dismissed without prejudice for lack of timely service and failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 7, 2025

_____
Eumi K. Lee
United States District Judge